# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form: https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 26-1853

**Case Name** Sykes v. Las Vegas Metropolitan Police Department, et al.

**Counsel submitting this form** Lyssa S. Anderson

**Represented party/parties** Las Vegas Metropolitan Police Department

*Briefly describe the dispute that gave rise to this lawsuit.*

This case stems from a traffic stop of Plaintiff on August 8, 2020, for suspected driving without an operating front right headlight.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 7                                                                 *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

Plaintiff appeals the final judgment and order of the USDC entered on 3/30/2025 and 4/8/2025 [ECF 88 and 89] granting defendants motion for summary judgment and final order filed and entered on 3/4/2026 [ECF 97] denying Plaintiff's Petition to Vacate, Alter, or Amend Order and Judgment [ECF 91]

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

**Signature** /s/ Lyssa S. Anderson **Date** 4/1/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                 *Rev. 09/01/22*

2